## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-00955-WJM-KMT

AARON MARTIN and JEANNETTE MARTIN,

    Plaintiffs,

v.

BUSHNELL CORPORATION d/b/a UNCLE MIKE'S,

    Defendant.

_____

### ORDER GRANTING PLAINTIFFS' MOTION TO TRANSFER VENUE
_____

This matter comes before the Court on Plaintiffs' Motion to Transfer Venue, filed September 9, 2011 (ECF No. 13).  The Court after consideration of the Motion and the full record in this case, and being otherwise fully advised, hereby ORDERS as follows:

For good cause shown, Plaintiff's Motion to Transfer Venue is GRANTED.  The Clerk of the Court is DIRECTED to transfer this case to the U.S. District Court for the Eastern District of Texas.

Dated this 12th day of September, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge